UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: 911-97

| | |
|---|---|
| RICHARD PALMERO | Index #: 07 CV 11414 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| METRO-NORTH COMMUTER RAILROAD | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARLO JEAN-FRANCOIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 18, 2008 at 10:35 AM at

347 MADISON AVENUE
NEW YORK, NY 10017

deponent served the within true copy of the SUMMONS & COMPLAINT on METRO-NORTH COMMUTER RAILROAD, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH MS. LAURA MATTHEWS, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 40 | 5'9 | 220 |

Authorized to accept service by Legal Department

Sworn to me on: January 18, 2008

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **CARLO JEAN-FRANCOIS**<br>License #: 911217<br>Docket #: 536137 |