UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD PALMERO,

                Plaintiff,                            **Rule 7.1 Statement**

  -against-

                                                            07 Civ. 11414 (CM)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD, ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York                RICHARD K. BERNARD
       January 31, 2008                      GENERAL COUNSEL

                                                       BY: S/_____
                                                         José R. Rios - JRR/5785
                                                         Attorneys for Defendant
                                                          347 Madison Avenue
                                                         New York, New York 10017
                                                         212-340-2537